**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

PATRICK O'NEAL JONES                                                                PLAINTIFF

v.                                                  CIVIL ACTION NO. 3:12-cv-747-CWR-FKB

HINDS COUNTY, MISSISSIPPI,                                     DEFENDANTS
AND STANLEY ROSS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The above-styled matter is before the Court on the Report and Recommendation of Magistrate Judge F. Keith Ball. Docket No. 37. On February 20, 2014, Judge Ball recommended that Plaintiff's Complaint be dismissed with prejudice, and pursuant to Rule 72(a)(3) of the *Local Uniform Civil Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi*, advised the parties that objections, if any, must be filed within 14 days of being served with a copy of the Report and Recommendation. That period has expired, and neither party has voiced any objection.

The findings of fact and conclusions of law contained within the Report and Recommendation are, therefore, adopted fully herein by reference, and this action is hereby dismissed with prejudice. A Final Judgment will be entered in accordance with this Order.

**SO ORDERED**, this the 14th day of March, 2014.

                                                                            s/ Carlton W. Reeves
                                                                  UNITED STATES DISTRICT JUDGE